# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOENELL RICE, | : | Civil No. 3:21-cv-671 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN QUAY, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this ___11th___ day of May, 2021, upon consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The application for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED** for the sole purpose of the filing of this action.

2. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge